FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. Myers Division

2012 APR 18  AM 10: 48

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

VOLTAGE PICTURES, LLC )
)
Plaintiff, )
)
v. ) Case No.
)
DOES 1 – 2,514 )
) 2:12-cV-217-FtM-29DNF
Defendants. )

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for VOLTAGE PICTURES, LLC in the above captioned action, states that there is nothing to report under Rule 7.1 in that there are no parents, subsidiaries, and/or affiliate entities (corporate or otherwise) of Plaintiff that have issued stock or debt securities to the public and no publicly held entity (corporate or otherwise) owns 10% or more of Plaintiff's stock.

Respectfully submitted,
VOLTAGE PICTURES, LLC.

DATED: April 17, 2012

By: _____
Jeffrey W. Weaver
Florida Bar No. 178780
DUNLAP, GRUBB & WEAVER, PLLC
780 5th Avenue South, Ste 200
Naples, FL 34102
Telephone: 239-349-2566
Facsimile: 703-777-3656
jweaver@dglegal.com
*Counsel for the Plaintiff*

1