UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. Myers Division

| | |
|---|---|
| **VOLTAGE PICTURES, LLC** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-00217-JES-DNF |
| ) | |
| **DOES 1 – 2,514** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF PENDENCY OF OTHER ACTIONS

Pursuant to the Court's Order and Local Rule 1.04, I certify that the instant action is not related to any pending or closed civil cases that involve the same Plaintiff and same copyrights in this Court. There was another case in the District Court for the District of Columbia, case number 1:10-cv-00873-BAH, that did involve the same Plaintiff and same copyrights as in this case and was dismissed without prejudice.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen (14) days after appearance of the party.

                                          Respectfully submitted,
                                          VOLTAGE PICTURES, LLC

DATED: April 26, 2012

                             By:       /s/ Jeffrey Weaver
                                          Jeffrey W. Weaver
                                          Florida Bar No. 178780
                                          DUNLAP, GRUBB & WEAVER, PLLC
                                          780 5th Avenue South, Ste 200
                                          Naples, FL 34102
                                          Telephone: 239-349-2566
                                          Facsimile: 703-777-3656
                                          jweaver@dglegal.com
                                          *Counsel for the Plaintiff*